# EXHIBIT A



# CT Corporation

**Service of Process Transmittal**
06/17/2021
CT Log Number 539751728

**TO:** Andy Yang
EVA Airways Corporation
2199 CAMPUS DRIVE
EL SEGUNDO, CA 90245

**RE:** **Process Served in Illinois**

**FOR:** EVA Airways Corporation (Domestic State: TW)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NGHI TIEU QUACH, PLTF. vs. EVA AIRWAYS CORPORATION, ETC., DFT. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L005869 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/17/2021 at 03:35 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780105044492 |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jun 17, 2021

**Server Name:** Sheriff Drop

| Entity Served | EVA AIRWAYS CORPORATION |
|---|---|
| Case Number | 2021L005869 |
| Jurisdiction | IL |





* 5 0 0 8 3 4 7 6 *

FILED DATE: 6/8/2021 8:58 AM  2021L005869

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| --- | --- | --- |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons                                    (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Nghi Tieu Quach

Plaintiff(s)

v.

EVA Airways Corporation, a foreign corporation,

Case No. 2021L005869

Defendant(s)

R/A: CT Corporation System
208 S. LaSalle Street, #814, Chicago, IL 60604

Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ● Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3



**Summons - Alias Summons**

\*5 0 0 8 3 4 7 6\*
(12/01/20) CCG 0001 B

FILED DATE: 6/8/2021 8:58 AM  2021L005869

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 40455
○ Pro Se 99500
Name: KENT M. LUCACCIONI, LTD.
Atty. for (if applicable): Plaintiff
Address: 20 South Clark Street, Suite 1700
City: Chicago
State: IL   Zip: 60603
Telephone: (312) 425-0401
Primary Email: TEAM@KMLLTDLAW.COM

Witness date _____

6/8/2021 8:58 AM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court
☐ Service by Certified Mail
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3



* 5 0 0 8 3 4 7 6 *

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

FILED DATE: 6/8/2021 8:58 AM 2021L005869

\* 5 0 0 8 3 4 7 6 \*

FILED DATE: 6/8/2021 8:58 AM 2021L005869

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons

(12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Nghi Tieu Quach

**Plaintiff(s)**

v.

EVA Airways Corporation, a foreign corporation,

Case No. 2021L005869

**Defendant(s)**

R/A: CT Corporation System
208 S. LaSalle Street, #814, Chicago, IL 60604

Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail  ● Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3



| Summons - Alias Summons | * 5 0 0 8 3 4 7 6 *<br>(12/01/20) CCG 0001 B |
|---|---|

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⊙ Atty. No.: 40455
○ Pro Se 99500
Name: KENT M. LUCACCIONI, LTD.
Atty. for (if applicable): Plaintiff
Address: 20 South Clark Street, Suite 1700
City: Chicago
State: IL   Zip: 60603
Telephone: (312) 425-0401
Primary Email: TEAM@KMLLTDLAW.COM

Witness date _____

6/8/2021 8:58 AM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

FILED DATE: 6/8/2021 8:58 AM   2021L005869

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551



```
* 5 0 0 8 3 4 7 6 *
FILED
6/8/2021 8:58 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
13600457
```

Atty. No. 40455    File No. 2304    KML

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT–LAW DIVISION

| | |
|---|---|
| NGHI TIEU QUACH, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2021L005869 |
| EVA AIRWAYS CORPORATION, a foreign corporation, | ) |
| Defendant. | ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff NGHI TIEU QUACH, by and through her attorneys, KENT M. LUCACCIONI, LTD., and complaining of the Defendant EVA AIRWAYS CORPORATION states as follows:

1. At all times relevant hereto, Plaintiff NGHI TIEU QUACH (hereinafter "QUACH"), was and is a resident of the Village of Niles, County of Cook and State of Illinois.

2. At all times relevant hereto, Defendant EVA AIRWAYS CORPORATION (hereinafter "EVA"), was and is actively doing substantial business in the City of Chicago, County of Cook and State of Illinois.

3. At all times relevant hereto, Defendant EVA, by and through its agents and employees, operated commercial airline flights from Chicago O'Hare International airport to Vietnam.

4. In April 2019, QUACH booked and paid for airlines tickets for an airline trip to Ho Chi Minh City, Vietnam and the tickets were issued by Quoc Te Travel which is and was located in

the City of Chicago, County of Cook, State of Illinois and United States of America.

5. The round-trip itinerary included a June 7, 2019 flight (#BR0055) from Chicago O'Hare to Taipei, Taiwan with a June 8, 2019 (#BR0395) connecting flight from Taiwan to Ho Chi Minh City Airport, and return flights on August 2, 2019.

6. On June 8, 2019, Defendant EVA, by and through its agents and employees, including flight attendants, owned, operated, maintained and controlled the flight from Taiwan to Ho Chi Minh City Airport and were responsible for the safety of its passengers, including QUACH.

7. On June 8, 2019, upon arrival to Ho Chi Minh City Airport and while preparing to disembark from the plane, suddenly and without warning a piece of luggage fell out of the overhead bin and struck QUACH causing injury.

8. At all times relevant hereto, Defendant EVA, by and through its employees and agents, was a common carrier and had a duty to its passengers, including QUACH, to use the highest degree of care consistent with the mode of conveyance used and the practical operation of its business as a common carrier by air.

9. On June 2018, Defendant EVA, by and through its employees and agents, was negligent in one or more of the following respects:

    a. Failed to properly inspect the overhead storage bin to assure that luggage would not suddenly fall onto a passenger;

    b. Failed to assure that the luggage in the overhead storage bin was securely stowed;

    c. Failed to properly inspect the overhead storage bin to assure proper operation;

    d. Failed to properly maintain the overhead storage bin;

    e. Permitted excessive luggage to be stored in the overhead storage bin; and

2

* 5 0 0 8 3 4 7 6 *

    f.      Was otherwise careless and negligent.

10.    As a direct and proximate result one or more of the aforesaid negligent acts and/or omissions of the Defendant EVA, QUACH sustained serious injuries, incurred medical expenses and wage loss, and experienced and will continue to experience pain, suffering, disfigurement and loss of a normal life.

WHEREFORE the Plaintiff NGHI TIEU QUACH demands judgment against the Defendant EVA AIRWAYS CORPORATION in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus the costs of this suit, pre-judgment interest, post-judgment interest, and any such additional amounts as the jury and the Court shall deem proper.

Respectfully submitted,

KENT M. LUCACCIONI, LTD.

By: _____

Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
Email: team@kmltdlaw.com

3

# CT Packing Slip

## CT Corporation

**UPS Tracking # :** 1ZX212780105044492
**Created By :** Manish Sindhwani
**Created On :** 06/17/2021 07:37 PM
**Recipient :**

**Andy Yang**

| | |
|---|---|
| Title : | -- |
| Customer : | EVA Airways Corporation |
| Address : | 2199 CAMPUS DRIVE |
| Email : | andyyang@evaair.com |
| Phone : | 310-362-6611    Fax : - |

**Package Type :** Envelope
**Items shipped :** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 539751728 | 2021L005869 | EVA Airways Corporation |